DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-0437 DFL |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PRELIMINARY HEARING |
| v. | ) | |
| ROBERT JUDSON GIENAPP, | ) | DATE: November 9, 2006 |
| | ) | TIME: 2:00 p.m. |
| Defendant. | ) | COURT: Duty Magistrate Judge |

## Stipulation

The parties, through undersigned counsel, stipulate that the preliminary hearing currently scheduled for Friday, October 27, 2006, should be continued to Thursday, November 9, 2006, at 2:00 p.m.

The parties have negotiated a pre-indictment plea agreement; the government has filed a felony Information, Case No. 2:06-cr-437 DFL; and the parties and Judge Levi's staff have agreed to schedule the entry of guilty plea for November 2, 2006 at 10:00 a.m.  If the defendant waives indictment and pleads guilty to the Information on that date as the parties anticipate, the preliminary hearing date will be vacated.

///

1    The defendant personally consents to the continuance and agrees
2 that good cause has been shown.

4 DATED: October 26, 2006            McGREGOR W. SCOTT
                                     United States Attorney

6                               by    /s/ Michelle Rodriguez
                                     Michelle Rodriguez
7                                    Assistant U.S. Attorney

8 DATED: October 26, 2006            DANIEL J. BRODERICK
                                     Federal Defender

10                              by    /s/ Ned Smock
                                     Ned Smock
11                                   Assistant Federal Defender

13 DATED: October 26, 2006             /s/ Robert Judson Gienapp
                                     Robert Judson Gienapp, Defendant
14                                   Defense counsel maintains the
                                     defendant's original signature on
15                                   file

16                              Order

17    Good cause appearing, the same is hereby ordered.
18    IT IS SO ORDERED.
19 DATED: November 1, 2006.

                                     _____
                                     U.S. MAGISTRATE JUDGE