McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-06-00437 DFL |
| Plaintiff, | ) ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| ROBERT JUDSON GIENAPP, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Robert Judson Gienapp, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Robert Judson Gienapp's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

       a. E-Machine CPU containing hard drive, T4010, RN# 5128510-0022, and

       b. One Thumb drive.

1        2.   The above-listed property was used or intended to be used
2   to commit or to promote the commission of a violation of 18 U.S.C. §
3   2252(a)(4)(B).
4        3.   Pursuant to Rule 32.2(b), the Attorney General (or a
5   designee) shall be authorized to seize the above-described property.
6   That the aforementioned forfeited property shall be seized and held
7   by the United States, in its secure custody and control.
8        4.   a.   Pursuant 18 U.S.C. § 2253(m)(1) incorporating 21 U.S.C.
9   § 853(n), and Local Rule 83-171, the United States forthwith shall
10  publish at least once for three successive weeks in the <u>Mountain
11  Democrat</u> (El Dorado County), a newspaper of general circulation
12  located in the county in which the above-described property was
13  seized, notice of this Order, notice of the Attorney General's (or a
14  designee's) intent to dispose of the property in such manner as the
15  Attorney General may direct, and notice that any person, other than
16  the defendant, having or claiming a legal interest in the above-
17  listed property must file a petition with the Court within thirty
18  (30) days of the final publication of the notice or of receipt of
19  actual notice, whichever is earlier.
20            b.   This notice shall state that the petition shall be for
21  a hearing to adjudicate the validity of the petitioner's alleged
22  interest in the property, shall be signed by the petitioner under
23  penalty of perjury, and shall set forth the nature and extent of the
24  petitioner's right, title or interest in the forfeited property and
25  any additional facts supporting the petitioner's claim and the
26  relief sought.
27            c.   The United States may also, to the extent practicable,
28  provide direct written notice to any person known to have alleged an

1  interest in the property that is the subject of the Order of
2  Forfeiture, as a substitute for published notice as to those persons
3  so notified.
4       5.  If a petition is timely filed, upon adjudication of all
5  third-party interests, if any, this Court will enter a Final Order
6  of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests
7  will be addressed.
8       SO ORDERED this 18th day of January, 2007.

                                /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge