```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-S-06-00437 DFL |
|---|---|---|
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| ROBERT JUDSON GIENAPP, | ) | |
| Defendant. | ) | |

WHEREAS, on January 19, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff and defendant Robert Judson Gienapp forfeiting to the United States the following property:

       a.   E-Machine CPU containing hard drive, T4010, RN# 5128510-0022, and

       b.   One Thumb drive.

AND WHEREAS, on January 31, February 7 and 14, 2007, the United States published notice of the Court's Preliminary Order of Forfeiture in the <u>Mountain Democrat</u> (El Dorado County), a newspaper

of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Robert Judson Gienapp.

2.  All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3.  The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 2nd day of April, 2007.

/s/ David F. Levi
DAVID F. LEVI
Chief United States District Judge